# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DANA MARTIN,**

    **Plaintiff,**

v.                        Case No: 8:16-cv-716-T-17TBM

**DOLGENCORP LLC**
**d/b/a DOLLAR GENERAL**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, DANA MARTIN, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, DOLGENCORP LLC d/b/a DOLLAR GENERAL, has been settled.

Dated this 31st day of August, 2016.

                                                   Respectfully submitted,

                                                   **Luis A. Cabassa**
                                                   Florida Bar No. 0053643
                                                   Wenzel Fenton Cabassa P.A.
                                                   1110 N. Florida Avenue
                                                   Suite 300
                                                   Tampa, Florida 33602
                                                   Main No.: 813-224-0431
                                                   Direct No.: (813) 379-2565
                                                   Facsimile No.: 813-229-8712
                                                   Email: lcabassa@wfclaw.com
                                                   Email: twells@wfclaw.com
                                                   **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of August, 2016, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Edward F. Harold, Esquire
David Young, Esquire
Fisher & Phillps, LLP
200 South Orange Ave., Suite 1100
Orlando, FL 32801
E-mail: eharold@fisherphillips.com
E-mail: dyoung@laborlawyers.com

_____
**LUIS A. CABASSA**